USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____5/14/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                             :

In re: MICHAEL C. CULVER,                :

                                             :

                      Debtor,

                                             :

MICHAEL C. CULVER,             :                 ORDER

                                           :        25 Civ. 09797 (NSR)

                      Appellant,

        v.

                                             :

ROAD ATLANTA LLC.,            :

                                           :

                      Appellee.
-------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

      Appellant, Michael C. Culver, appeals for an order of the Bankruptcy Judge Cecelia G. Morris, Memorandum of Decision, issued on October 17, 2025, following the conclusion of trial in *In re Michael C. Culver*, Chapter 7 Case No. 23-35334 (CGM). (See ECF No. 202.) Presently before this Court is Appellee Road Atlanta, LLC's motion pursuant to Fed. R. Bankr. P. § 8009(e)(1) ("Rule 8009(e)(1)") for an order striking from Appellant's submission documents that were not in the trial record before the Bankruptcy Court at the time of trial and which the Bankruptcy Court did not consider or rely upon in reaching its decision. (ECF No. 9.) On December 29, 2025, this Court set a briefing schedule directing Appellant Michael Culver to serve and file his opposition to the motion by January 16, 2026 and directing Appellee Road Atlanta, Inc. to serve and file any reply by January 30, 2026. (ECF No. 12.) To date, Appellant Michael Culver has failed to oppose the motion.

1

Rule 8009(e) sets forth the procedure for correcting or modifying the record on appeal from a bankruptcy court order. Fed. R. Bankr. P. 8009(e); *see also Myer's Lawn Care Servs., Inc. v. Pryor,* No. 2:23-CV-3346 (NJC), 2024 WL 730496, at *2 (E.D.N.Y. Feb. 22, 2024). Rule 8009(e)(1) provides in relevant part that "[i]f any difference arises about whether the record accurately discloses what occurred in the bankruptcy court, the difference must be submitted to and settled by the bankruptcy court and the record conformed accordingly." *Id.* Thus, it is the bankruptcy court who has the statutory authority to resolve such differences concerning the record submitted on appeal and whether the record accurately discloses what occurred before the bankruptcy court. Accordingly, the instant motion is respectfully referred to Bankruptcy Judge Cecelia G. Morris to resolve.

Movant Appellee Road Atlanta, LLC is directed to serve a copy of this opinion upon the Chambers of Bankruptcy Judge Cecelia G. Morris forthwith. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 9.

SO ORDERED.

Dated: May 14, 2026
White Plains, New York

_____
Nelson S. Roman
U.S. District Court Judge

2