**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: MICHAEL C. CULVER,<br><br>Debtor,<br><br>Michael C. Culver,<br>Appellant,<br>-v-<br><br>ROAD ATLANTA LLC,<br><br>Appellee. | Case No. 25-cv-9797 (NSR)<br><br>ORDER OF DISMISSAL PURSUANT TO FED. R. BANKR. P. 8023(a) |

**ORDER OF DISMISSAL PURSUANT TO FED. R. BANKR. P. 8023(a)**

**THIS MATTER** came before the Court upon the *Joint Stipulation for Dismissal of Appeal* (ECF No. **[17]**), filed by Appellant, **Michael C. Culver**, and Appellee, **Road Atlanta LLC** (collectively, the "Parties"), with prejudice, pursuant to Fed. R. Bankr. P. 8023(a).

The Court having reviewed the Stipulation, noting that all Parties have signed the dismissal agreement specifying the allocation of costs and that any required court fees have been paid, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Parties' Stipulation is **APPROVED**.
2. Pursuant to Fed. R. Bankr. P. 8023(a), the above-captioned bankruptcy appeal is hereby **DISMISSED WITH PREJUDICE**.

3. In accordance with the Parties' agreement, each Party shall bear its own costs and attorneys' fees incurred in connection with this appeal.
4. Any pending motions in this appeal are **DENIED AS MOOT**.
5. The Clerk of Court is directed to transmit a copy of this Order to the Clerk of the United States Bankruptcy Court for the Southern District of New York and to **CLOSE** this case.

SO ORDERED.

Dated: November 23, 2026
White Plains, New York

Nelson S. Roman

**The Clerk of the Court is kindly directed to close the case.**